**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**DIGIMEDIA TECH, LLC,**                          21-cv-1831 (JGK)

          **Plaintiff,**                         <u>ORDER</u>

    - against -

**VIACOMCBS, INC., ET AL.,**

          **Defendants.**

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to provide the Court with courtesy hard copies of the papers submitted in connection with the defendants' motion to dismiss, the plaintiff's opposition, and the defendants' reply. <u>See</u> Individual Practices II.C.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **August 30, 2021**        <u>/s/ John G. Koeltl</u>
                                                  **John G. Koeltl**
                                     **United States District Judge**