UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DigiMedia Tech, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>ViacomCBS, Inc. and<br>Showtime Networks, Inc.,<br><br>         Defendants. | Case No. 1:21-cv-1831-JGK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff DigiMedia Tech, LLC ("Plaintiff") and Defendants ViacomCBS, Inc. and Showtime Networks, Inc. ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' potential claims, defenses, and/or counterclaims for relief that could have been asserted against Plaintiff in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' potential claims, defenses, and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that the parties' request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice and Defendants' potential claims, defenses, and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SO ORDERED.**

**Dated:** New York, New York
June 15, 2022

*/s/ John G. Koeltl*
John G. Koeltl
United States District Judge

The Clerk is directed to close this case.

So ordered.
*/s/ John G. Koeltl*
6/15/22 U.S.D.J.

2